```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMANDO GARCIA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-350 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| AMANDO GARCIA-GARCIA, | Date: October 13, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's October 13, 2011. calendar, at the request of the defense, and be continued until November 3, 2011, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between October 13, 2011, through and including November 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This first continuance is requested in order to consult and review with Mr. Garcia and with an interpreter the terms of a proposed fast-

track plea agreement recently received from the government.

**IT IS SO STIPULATED.**

Dated: October 11, 2011   /S/ Michele M. Beckwith
                          Michele M. Beckwith
                          Assistant United States Attorney
                          Counsel for Plaintiff

Dated: October 11, 2011   /S/ Jeffrey L. Staniels
                          Jeffrey L. Staniels
                          Assistant Federal Defender
                          Counsel for Defendant
                          AMANDO GARCIA-GARCIA

**O R D E R**

**WHEREAS** this is the first continuance requested in this matter, and,

**WHEREAS** defense counsel requires the services of an interpreter to communicate with his client; and

**WHEREAS** counsel are making progress in resolving this matter efficiently and without protracted litigation,

**THEREFORE**, hearing on this matter is continued from October 13, 2011, to November 3, 2011, at 9:00 a.m. The Court finds that the interests of justice in granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

///
///
///
///
///
///

1 | Time between October 13, 2011, through and including November 3, 2011,
2 | is thus excluded from the Speedy Trial Act pursuant to 18 U.S.C. §
3 | 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE